Louis S. Test, Esq.
California State Bar No. 64659
Hoffman & Test
429 West Plumb Lane
Reno, NV 89509
(775) 322-4081
(775322-3841 fax

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFONIA

* * * * *

COLLEEN O'SULLIVAN,

    Plaintiff,                         Case No. 2:19-CV-00423-MCE-DMC

vs.

RONNA VEEVAERT, individually       **STIPULATION AND ORDER**
and as Administrator of the
ESTATE OF JOHN THOMAS VEEVAERT,
and DOES 1-20, inclusive,

    Defendants.
_____/

    COMES NOW BEFORE THE COURT Plaintiff Colleen O'Sullivan, by and through her counsel, Michael B. Cogan, and Ronna Veevaert, individually and as Administrator of the Estate of John Thomas Veevaert, by and through her counsel, Louis S. Test, and stipulate as follows:

    1. The Parties stipulate to set aside any Default or Defaults entered in this matter.

    2. The Parties further stipulate to resolve the matter through the entry of a judgment, a copy of which is attached as Exhibit A, dividing the SEP IRA, IRA and Roth IRA accounts held by Charles Schwab in the name of John Thomas Veevaert, the subject of this action, according to the terms set forth in the in the April 12, 2019 Settlement Agreement (the "Agreement") executed by the parties; to wit:

    In regard to the three Charles Schwab IRA accounts of the deceased, nos. 3379, 8434 and Roth Contributory IRA account no. 5021 (the "Funds"), Mrs. Ronna Veevaert will

receive 65% of each account of the Funds and Ms. Colleen O'Sullivan will receive 35% of each account of the Funds held by Charles Schwab or accounts with other companies in the of John Thomas Veevaert.

3. In furtherance of the Settlement Agreement, Michael B. Cogan shall receive all of the 35% of Roth IRA account no. 5021 to which Ms. Colleen O'Sullivan is entitled and, in addition, $600.00 from the 65% of Roth IRA account no. 5021 to which Mrs. Ronna Veevaert is entitled. The balance of Mr. Cogan's attorney's fees will be paid him by Ms. O'Sullivan outside of this Stipulation.

4. Should other IRA accounts held by Charles Schwab or other companies in the name of John Thomas Veevaert be discovered, the Parties agree that the same division set forth in the Agreement shall be followed; to wit:

Mrs. Ronna Veevaert will receive 65% of the IRA Funds and Ms. Colleen O'Sullivan will receive 35% of the IRA Funds, with Michael B. Cogan receiving one-third (1/3) of Ms. O'Sullivan's share.

DATED this ____ day of June, 2019

_____            _____
Ronna Veevaert, individually              Colleen O'Sullivan
and as Administrator of the Estate
of John Thomas Veevaert

_____            _____
Louis S. Test                             Michael B. Cogan
California Bar No. 64659                  California Bar No. 65479
Hoffman & Test                            Law Office of Michael Cogan
429 West Plumb Lane                       1388 Court Street
Reno, NV 89509                            Redding, CA 96001
Telephone: (775) 322-4081                 Telephone (530)246-1112 (o)

**ORDER**

This matter is before the Court pursuant to the Stipulation and Order (ECF No. 10) filed herein, which is APPROVED by the Court. **Now, therefore, and good cause appearing**, judgment is entered to divide the SEP IRA, IRA and Contributory Roth IRA accounts held by Charles Schwab in the name of John Thomas Veevaert, the subject of this action; as follows:

The three Charles Schwab IRA accounts of the deceased, nos. 3379, 8434 and Roth Contributory IRA account no. 5021 (the "Funds"), Mrs. Ronna Veevaert will receive 65% of each account of the Funds and Ms. Colleen O'Sullivan will receive 35% of each account of the Funds held by Charles Schwab or accounts with other companies in the of John Thomas Veevaert.

Further, Michael B. Cogan shall receive all of the 35% of Roth IRA account no. 5021 to which Ms. Colleen O'Sullivan is entitled and, in addition, $600.00 from the 65% of Roth IRA account no. 5021 to which Mrs. Ronna Veevaert is entitled. Should future accounts held by Charles Schwab in the name of John Thomas Veevaert be discovered, the Parties shall use the same division set forth above; as follows: Mrs. Ronna Veevaert will receive 65% of the Funds and Ms. Colleen O'Sullivan will receive 35% of the Funds, with Michael Barr Cogan receiving one-third (1/3) of Ms. O'Sullivan's share.

Each party shall bear their own attorney's fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 6, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE